# UNITED STATES DISTRICT COURT

## Western District of Wisconsin

IVORY WADE,

    Petitioner,

v.

MR. ROBERT HUMPHREYS, Warden
and MR. MONAR, Security Director

    Respondents.

**JUDGMENT IN A CIVIL CASE**

**Case No.: 3:07-cv-716-bbc**

**This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.**

## IT IS ORDERED AND ADJUDGED

**This case is dismissed against respondents.**

THERESA M. OWENS
_____
**Theresa M. Owens, Clerk**

/s/ S. Vogel

**by Deputy Clerk**

_____1/25/08_____
**Date**