# UNITED STATES DISTRICT COURT
### Western District of Wisconsin

IVORY WADE,

    Petitioner,

v.

MR. ROBERT HUMPHREYS, Warden
and MR. MONAR, Security Director

    Respondents.

**JUDGMENT IN A CIVIL CASE**

Case No.: 3:07-cv-716-bbc

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

This case is dismissed against respondents.

THERESA M. OWENS
_____
**Theresa M. Owens, Clerk**

/s/ S. Vogel                                                      _____1/25/08_____

**by Deputy Clerk**                                                 Date